# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SHELLI LOUISE L.,[1]

        Plaintiff,

        v.

MARTIN J, O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 2:23-cv-08595-HDV-PD

**JUDGMENT**

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Vacated and this matter is Remanded to the Social Security Administration on an open record for further proceedings.

Dated:  August 27, 2024

_____
HON. HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.