# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLI LIMON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>Social Security Administration,<br><br>Defendant. | Case No. 2:23-cv-08595-HDV-PD<br><br>**ORDER GRANTING STIPULATION FOR SETTLEMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL JUSTICE ACT, 28 § 2412(d)** |

Based upon the Joint Motion for Settlement of Attorney Fees and Costs Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) and costs of suit:

**IT IS ORDERED** that fees in the amount of $7,400.00 as authorized by 28 U.S.C. § 2412(d) and costs in the amount of $402.00 for a total of $7,802.00 be awarded subject to the terms of the Joint Motion.

Dated: 10/29/24 _____

_____

Hon. Hernan D. Vera
United States District Judge

Order On Stipulation for Attorney's Fees Award